David J. Ross Company, Appellee, v. Elliott Blumberg et al., Individually and Trading as Adams Machinery Company, Appellants.

Gen. No. 43,778.

opinion filed February 20, 1947; rehearing denied April 3, 1947; released for publication April 3, 1947. Fein, Altersohn & Shender, for appellants; Edward S. Altersohn, of counsel; Jesse H. Brown and Benj. Robert Cohen, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.